UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 06-813 |
| v. | : | Hon. Katharine S. Hayden |
| NARANJAN PATEL | : | UNSEALING ORDER |

This matter having come before the Court on the application of the United States of America (Ronnell L. Wilson, Assistant U.S. Attorney, appearing) for an order that the Arrest Warrant issued in the above-captioned matter on November 19, 2007 be unsealed; and the Arrest having become unsealed by the need to facilitate the extradition of the defendant; and for good cause shown,

IT IS ON this 29th day of July, 2008,

ORDERED that the Arrest Warrant filed in the above-captioned matter on November 19, 2007 is unsealed.

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE